UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Timothy Lee Shawn Washington**  Docket No. 4:09-CR-79-1BO

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Timothy Lee Shawn Washington, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 grams or More of Cocaine Base (Crack), a Quantity of Cocaine, and a Quantity of Marijuana, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2010, to the custody of the Bureau of Prisons for a term of 64 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On June 27, 2012, pursuant to 18 U.S.C. § 3553 (a), his sentence was reduced to 41 months.

Timothy Lee Shawn Washington was released from custody on July 25, 2012, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 22, 2016, the defendant was charged in Warren County, North Carolina, with Driving While Impaired and No Vehicle Insurance. He was released on a $1,500 secured bond and the case (16CR50218) is pending in Warren County District Court, Warrenton, North Carolina. He registered a .08 BAC on the breathalyzer. Also on May 22, 2016, the defendant was charged in Halifax County, North Carolina, with Felony Flee to Elude Arrest in Motor Vehicle, Reckless Driving, and Speeding. He was released on a $5,000 secured bond and the case (16CR51828) is pending in Halifax County District Court, Halifax, North Carolina. By the defendant's admission, Warren County law enforcement attempted to stop him and he fled into Halifax County. The probation officer is requesting supervision be continued and his conditions be modified to include alcohol abstinence and substance abuse counseling/treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Timothy Lee Shawn Washington
Docket No. 4:09-CR-79-1BO
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: May 26, 2016

## ORDER OF THE COURT

Considered and ordered this 27 day of May, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge